IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>MICHAEL D. WORMACK; DONALD H. FRENCH; DEREK K. FRENCH,<br><br>    Plaintiffs-Intervenors,<br><br>vs<br><br>WILLIAMHOUSE OF PENNSYLVANIA, LLC, a wholly owned subsidiary of WILLIAMHOUSE, LLC,<br><br>    Defendant. | **2:04cv1460**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Mitchell |

O R D E R

AND NOW, this __31ST__ day of January, 2006, after the plaintiff and the plaintiff-intervenors filed complaints in the above-captioned case, and after the defendant submitted a motion for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the parties, as well as their responses to those objections, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Docket No. 15) is granted as to all claims which are said to have occurred prior to November 1, 2000, and as to the Title VII claims asserted against it which are said to have occurred prior to September 12, 2002, and denied in all other respects, and that its alternate motion for partial summary

judgment on plaintiff-intervenor Michael Wormack's claims for damages for the period following his September 24, 2004, voluntary resignation of employment with it (Docket No. 15) is granted.

                                                                                      _____
                                                                                      David Stewart Cercone
                                                                                      United States District Judge

cc:     Honorable Robert C. Mitchell
         United States Magistrate Judge

         M. Jean Clickner, Esquire
         Equal Employment Opportunity Commission
         1001 Liberty Avenue
         Suite 300, Liberty Center
         Pittsburgh, PA 15222

         Mary M. Tiernan, Esquire
         Jacqueline H. McNair, Esquire
         Equal Employment Opportunity Commission
         Philadelphia District Office
         21 South 5th Street, Suite 400
         Philadelphia, PA 19106

         Samuel J. Cordes, Esquire
         John E. Black, III, Esquire
         Ogg Cordes Murphy & Ignelzi
         245 Fort Pitt Boulevard
         Fourth Floor
         Pittsburgh, PA 15222

         Martin J. Saunders, Esquire
         Steven I. Farbman, Esquire
         Jackson Lewis LLP
         One PPG Place
         28th Floor
         Pittsburgh, PA 15222